IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ue / D.C.

05 MAY 18 AM 9:51

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CR. No. <u>04-20421-B</u> |
| | ) | |
| JEREMIAH HARRIS, | ) | |
| LATISHA D. BURNS, | ) | |
| DESHUN GREEN, | ) | |
| LATISHA D. PETTIGREW, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO DISMISS INDICTMENT

Upon motion of the United States, IT IS HEREBY ORDERED that above-named individuals are hereby dismissed without prejudice from the above referenced indictment.

Ordered this <u>18</u> day of May, 2005.

_____
HONORABLE J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

DATE: <u>5-17-05</u>

APPROVED: _<u>Lorraine Craig</u>_
Lorraine Craig
Assistant United States Attorney
167 N. Main Street, Room 800
Memphis, TN 38103

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on <u>5-19-05</u>

95

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 95 in case 2:04-CR-20421 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Gerald S. Green
LAW OFFICE OF GERALD S. GREEN
147 Jefferson
Ste. 800
Memphis, TN 38103

Howard Brett Manis
BOROD & KRAMER
80 Monroe Ave.
Ste. G-1
Memphis, TN 38103

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT